Donald HINES v. COMMONWEALTH of Kentucky.

May 16, 1950.

H. K. Spear for appellant.

A. E. Funk, Attorney General and William F. Simpson, Assistant Attorney General, for appellee.

PER CURIAM.

Appeal denied; judgment affirmed.

Ruby BURNETT et al., Movant, v. William Bill BUCK, Opposed.

May 26, 1950.

Thomas D. Theobald, Jr., and Ora F. Duval, for movant.

H. R. Wilhoit for opposed.

PER CURIAM.

Appeal denied.

Judgment affirmed.

HARLAN—WALLINS COAL CORPORATION, Appellants, v. G. G. RAWLINGS et al., Appellees.

May 30, 1950.

James Sampson for appellant.

G. G. Rawlings for appellees.

PER CURIAM.

A motion has been made for an appeal from a judgment of the Harlan Circuit Court approving an award of the Workmen's Compensation Board in favor of G. G. Rawlings against appellant for an attorney's fee in the sum of $208.40 in compensation for services in the prosecution of a claim of Wilson Howard v. Harlan-Wallins Coal Corporation.

The motion is overruled, the appeal denied, and the judgment will stand affirmed.